# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1838
Lower Tribunal No. 18-27254
_____

## American Drain Cleaners and Plumbing, Inc.,
Appellant,

vs.

## CLN Group, LLC,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Luks, Santaniello, Petrillo, Cohen & Peterfriend, Edgardo Ferreyra, Daniel S. Weinger and David L. Rosinsky (Ft. Lauderdale), for appellant.

Cosio Law Group, and Julie Bork Glassman, for appellee.

Before FERNANDEZ, C.J., and GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed.